IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

V.                                             CASE NO. 08-CV-1065

FJN CONTRACTORS, INC.,
FRANCISCO GARCIA JULIAN,
Individually and as partner of FJN
Contractors, Inc., LINDA MARLENE JULIAN (GORZ),
DEBORAH JULIAN, INTERNATIONAL PAPER
COMPANY, AGWORKS, INC., and DAN BREMER
d/b/a AGRISTAFF, INC.,                                                                     DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Plaintiff United States of America, acting by and through the United States Department of Agriculture, Farm Service Agency ("FSA"). (Doc. 24). Defendants FJN Contractors, Inc., Francisco Garcia Julian, and Linda Marlene Julian Gorz responded. (Doc. 29). Plaintiff replied. (Doc. 36). The Court finds this matter ripe for consideration.[1] For the reasons stated in the Memorandum Opinion of even date, the Court finds that Plaintiff FSA's Motion for Summary Judgment should be and hereby is **GRANTED**. A judgment in the amount of $207,480.35 is entered against Defendants Francisco Garcia Julian, Linda Marlene Julian Gorz, and FJN Contractors, Inc. on the following notes: 1) 43-09; 2) 43-12; and 3) 43-13.

**IT IS SO ORDERED**, this 30th day of September, 2009.

        /s/ Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge

---

[1] Since none of the remaining defendants have responded to the FSA's Motion, the Court will consider these non-responding parties consenting to the relief sought by the FSA.