IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                              CASE NO. 08-CV-1065

FJN CONTRACTORS, INC.,
FRANCISCO GARCIA JULIAN,
Individually and as partner of
FJN Contractors, Inc.,
LINDA MARLENE JULIAN (GORZ),
DEBORAH JULIAN, INTERNATIONAL
PAPER COMPANY, AGWORKS, INC.,
and DAN BREMER d/b/a AGRISTAFF, INC.                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff the United States of America's Motion to Proceed with Foreclosure Sale.  (Doc. 48).  Separate Defendant Francisco Garcia Julian has responded.  (Doc. 49).  The Court finds this matter ripe for consideration.  On April 19, 2010, this Court denied Separate Defendants FJN Contractors, Inc. and Francisco Julian's Motion to Amend Foreclosure Decree.  Therefore, the judgment of this Court is unchanged and Plaintiff's Motion to Proceed with Foreclosure Sale should be and hereby is **GRANTED**.

IT IS SO ORDERED, this 19th day of April, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge