IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF<br><br>VS.<br><br>F J N CONTRACTORS, INC.,<br>FRANCISCO GARCIA JULIAN,<br>Individually and as Partner of F J N<br>Contractors, Inc., LINDA MARLENE<br>JULIAN (GORZ), DEBORAH JULIAN,<br>INTERNATIONAL PAPER COMPANY,<br>FORD MOTOR CREDIT COMPANY,<br>AGWORKS, INC., AND, DAN BREMER<br>DBA AGRISTAFF, INC.,<br>        DEFENDANTS | Civil No.    1:08-cv-01065-HFB |

DEFICIENCY JUDGMENT

On this 30th day of November, 2010, upon motion of the Plaintiff for a deficiency judgment, and it appearing to the Court that judgment was obtained on October 9, 2009, for the sum of $207,480.35, that upon judicial sale the proceeds of $91,887.30 were applied to the costs as set forth in the Bill of Costs, filed of record August 30, 2010.

That there remains a deficiency to the United States of America in the amount of $124,267.47, plus post judgment interest at the rate of .39 percent per annum accruing from August 25, 2010, to date of judgment.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff shall have and recover judgment against the separate defendant, Francisco Garcia Julian, in the sum of $124,267.47, together with interest at the rate of .39 percent per annum from August 25, 2010, to the date of this judgment, together with interest at the legal rate of .27 percent pursuant to 28

U.S.C. Section 1961(a) from the date of this judgment until paid, and costs herein laid out and expended in the amount of $1,296.75.

                                                /s/ Harry F. Barnes
                                                HONORABLE HARRY F. BARNES
                                                UNITED STATES DISTRICT JUDGE