IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF | |
| VS. | Civil No.   1:08-cv-01065-HFB |
| F J N CONTRACTORS, INC.,<br>FRANCISCO GARCIA JULIAN,<br>Individually and as Partner of F J N<br>Contractors, Inc., LINDA MARLENE<br>JULIAN (GORZ), DEBORAH JULIAN,<br>INTERNATIONAL PAPER COMPANY,<br>FORD MOTOR CREDIT COMPANY,<br>AGWORKS, INC., AND, DAN BREMER<br>DBA AGRISTAFF, INC.,<br>            DEFENDANTS | |

<u>ORDER OF DISTRIBUTION</u>

On June 2, 2010, at 10:00 a.m., at the front entrance of the Bradley County Courthouse, Warren, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered October 9, 2009, in the above-styled case. At such sale, Randy Clanton, Clanton Farms, LLC, was the highest and best bidder for the property, and the property was then sold to the said Randy Clanton, Clanton Farms, LLC.

On or about June 2, 2010, the United States Marshal received Check No. 2437, in the amount of $9,001.00, from Randy Clanton Farms, Inc., and on August 25, 2010, the United States Marshal received Cashier's Check No. 11983 in the amount of $82,886.30, from First State Bank for payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $90,307.28 to the United States Department of Agriculture, Farm Service Agency, and $1,580.02 to the United States Marshals Service.

IT IS SO ORDERED, this 6th day of December, 2010

                                          <u>Harry F. Barnes</u>
                                          HONORABLE HARRY F. BARNES
                                          UNITED STATES DISTRICT JUDGE